No. 82–6656. ROBINSON *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 82–6657. COOK *v.* JONES ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–6661. HUERTAS *v.* APELLANIS ET AL. Sup. Ct. P. R. Certiorari denied.

No. 82–6681. MCCLAIN *v.* MACK TRUCKS, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–6750. STANLEY *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–6769. BURNS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6788. GASS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–6795. AGUILAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–1300. VIRGINIA STATE BAR ET AL. *v.* CONSUMERS UNION OF UNITED STATES, INC., ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.